**Order entered November 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01216-CV

**NINETY NINE PHYSICIAN SERVICES, PLLC, Appellant**

**V.**

**BRIAN MURRAY, ET AL., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07448**

## ORDER

Before the Court is appellant's November 19, 2019 motion for an extension of time to file its notice of appeal. We **GRANT** the motion. The notice of appeal filed on September 26, 2019 is deemed timely for jurisdictional purposes.

/s/    KEN MOLBERG
JUSTICE